UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                    :
Y.S., et al.,                                                       :
                                                                    :
                              Plaintiffs,                           :
                                                                    :        19-CV-11116 (JMF)
            -v-                                                     :
                                                                    :        ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                              :
                                                                    :
                              Defendant.                            :
                                                                    :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In this case, Plaintiffs seek attorney's fees in connection with their claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this order** and not to exceed two pages, indicating whether there is any need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment. Finally, the parties, in that same letter, should advise the Court whether the case should be referred to the assigned Magistrate Judge for settlement purposes.

        SO ORDERED.

Date:   December 6, 2019                            _____
        New York, New York                          JESSE M. FURMAN
                                                    United States District Judge